UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Sandra Clowser and Richard Clowser

Civil Case # 1:18-cv-00982-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE THIRD AMENDED SHORT FORM COMPLAINT

COMES NOW, Dennis Clowser, surviving son of Sandra Clowser, and files this motion to substitute. Dennis Clowser is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Sandra Clowser filed her Short Form Complaint in the United States District Court for the Southern District of Indiana on March 28, 2018.

2. Plaintiff Sandra Clowser died on or about June 7, 2023.

3. On October 17, 2025, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27277. Plaintiff's counsel recently learned of the death of Sandra Clowser after contacting her son.

4. Dennis Clowser, surviving son of Sandra Clowser, is the proper party plaintiff to substitute for Plaintiff-decedent Sandra Clowser and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the

1

proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5.  Plaintiff thus moves to substitute Dennis Clowser, as Heir and Representative of the Estate of Sandra Clowser, Deceased, as Plaintiff in the present action.

6.  Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Dennis Clowser, as Heir and Representative of the Estate of Sandra Clowser, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Sandra Clowser is now deceased.

7.  A proposed Third Amended Short Form Complaint is attached hereto as Exhibit "A".

8.  Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Dennis Clowser, as Heir and Representative of the Estate of Sandra Clowser, Deceased, as Party Plaintiff for Sandra Clowser; (2) the Court grant leave to file the attached Third Amended Short Form Complaint; Case 1:18-cv-00982-RLY-TAB; and, (3) the Court deem the attached Third Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: January 15, 2026.

        Respectfully Submitted,

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon, TX Bar No. 01284275
        **Ben Martin Law Group, PLLC**
        3500 Maple Avenue, Suite 400
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        tarbon@bencmartin.com

        ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

 I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon